| AUSA: | Barbara Lanhning | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kara Klupacs | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | Case No. | Case: 2:25−mj−30532<br>Assigned To : Unassigned<br>Assign. Date : 8/20/2025<br>Description: RE: RYAN LONDON<br>(EOB) |
| Ryan London | | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 16, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possesion of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara Klupacs, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 20, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT**

I, Kara Klupacs, being duly sworn, depose and state the following:

**I.     INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training.  Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information

2

known to law enforcement related to this investigation.

3.     The ATF is currently conducting a criminal investigation concerning Ryan LONDON (DOB: XX/XX/1999), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on August 16, 2025.

## II.     PROBABLE CAUSE

5.     I reviewed records related to LONDON's criminal history and learned the following:

a.     On or about November 10, 2016, LONDON was arrested and charged with receiving and concealing stolen property, third degree fleeing & eluding, and assaulting/resisting police. LONDON waived his preliminary exam and was bound over to Wayne County Third Circuit Court on case 16-010101-01-FH. This case was ultimately dismissed as part of a plea agreement.

b.     While on bond in case 16-010101-01-FH, LONDON was arrested and charged with multiple counts of receiving and concealing stolen property, larceny from a motor vehicle, and third degree fleeing & eluding. LONDON waived his preliminary exam and was bound over to Wayne County Third Circuit Court on case 16-010549-01-FH. This case was ultimately dismissed as part of a plea agreement.

3

c.   On or about May 17, 2017, LONDON was arrested in Wayne County Michigan by the Detroit Police Department. He was subsequently charged with receiving and concealing stolen property-motor vehicle, and third degree fleeing and eluding a police officer.  On September 1, 2017, LONDON pleaded guilty to both counts in Third Judicial Circuit Court, Wayne County, Michigan (17-004566-01-FH).   On September 19, 2027, LONDON was sentenced to one to five years' incarceration for both counts with credit for 125 days of time served.

d.   While on bond in case 17-004566-01-FH, LONDON was arrested and charged with receiving and concealing stolen property-motor vehicle and third degree fleeing & eluding. LONDON waived his preliminary exam and was bound over to Wayne County Third Circuit Court on case 17-006556-01-FH. This case was ultimately dismissed as part of a plea agreement.

e.   While on bond in case 17-004566-01-FH, LONDON was arrested and charged with assault with intent to murder and felony firearm. LONDON waived his preliminary exam and was bound over to Wayne County Third Circuit Court on case 17-007809-01-FH. The victim failed to appear at trial and the case

4

was dismissed. The case was reissued in 2018 as case 18-003831-01-FH but was again dismissed at trial when the victim failed to appear.

f.    On July 25, 2020, LONDON was arrested by the Detroit Police Department in Wayne County, Michigan for weapons offenses. He was subsequently charged with carrying a concealed weapon, possession of a firearm by a felon, possession of ammunition and weapon by a felon, multiple counts of felony firearm, and assaulting, and resisting, obstructing a police officer. On March 12, 2021, LONDON pleaded guilty as charged in Third Judicial Circuit Court, Wayne County, Michigan (20-003138-01-FH). On April 9, 2021, LONDON was sentenced to 9 months to 5 years' incarceration at a Michigan Department of Corrections facility.

g.    On or about May 3, 2021, LONDON was arrested and subsequently charged with first degree premeditated murder, several counts of assault with intent to murder, discharge of a firearm from a vehicle, felon in possession of a firearm, and multiple counts of felony firearm. The case was dismissed at exam on April 19, 2022.

h. On June 27, 2023, LONDON was charged with being a prisoner that possessed a weapon in the Bellamy Correctional facility in Saginaw County. On November 22, 2023, an information was filed charging LONDON with being a habitual fourth offender. On January 4, 2025, LONDON pled guilty to possession of weapon in the Bellamy Correctional facility and acknowledged the habitual fourth offender guidelines in the 10th Circuit Court, Saginaw County, Michigan (23-00832-FH). On February 13, 2024, LONDON was sentenced to 12 months to 10 years to run concurrently with his current prison sentence.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of LONDON's convictions, the time he has spent incarcerated or under supervision as a result of those convictions, and the fact that LONDON has previously been charged with the offense of felon in possession of a firearm, there is probable cause to believe that LONDON is aware of his status as a convicted felon.

## II. PROBABLE CAUSE

7. On August 16, 2025, at approximately 8:32 p.m., Detroit Police Department (DPD) officers were dispatched to a shooting/penetrating wound police run on the 19000 block of Rowe Street, Detroit, MI. Responding officers

interviewed multiple witnesses. One of the witnesses ("Adult Victim 1 or AV-1") reported the individuals responsible for the shooting were in a black Chrysler 300 with no license plate. AV-1 stated the vehicle circled the block, rolled down the window on the rear side of the driver's side of the vehicle and two people exited the vehicle armed with firearms. AV-1 stated the Chrysler 300 had three people in total inside of the vehicle and all of them were wearing all black clothing and ski masks.

8.      Officers recovered one expended 7.62 caliber shell casing from the shooting location.  While the officers were still on scene, other DPD officers on patrol in the 9th precinct located a black Chrysler 300 with no license plate, matching the description of the vehicle that was used in the shooting.

9.      DPD officers attempted to conduct a traffic stop on the Chrysler 300, but the vehicle fled. Law enforcement established air surveillance utilizing a helicopter. The air unit provided officers with the route that the Chrysler 300 was traveling. The driver of Chrysler 300 ultimately crashed into another vehicle at the intersection of Devonshire Street and Outer Drive in Detroit, MI. The air unit observed three individuals wearing black exit the Chrysler 300. Two of the individuals (later identified as "S. D." and "D.R.") immediately walked away from the crash and down the block. The third—later identified as LONDON—appeared to remove objects from the back seat of the Chrysler 300 and discard them near a bush in front of a residence on Devonshire Street.

10.    DPD officers located and arrested "S. D." and "D.R." in the backyard of a residence on the 5500 block of Bedford Road, Detroit, MI. As officers were pursuing and arresting "S. D." and "D.R.", other officers continued searching for London.

11.    Officers heard a noise coming from a garage in the back yard of a residence on Devonshire Street.  Officers went to the backyard and observed LONDON climbing on top of the roof of the garage.  Officers placed LONDON under arrest.  LONDON was not wearing shoes, pants or a shirt at the time of his arrest.

12.    ATF agents reviewed helicopter surveillance footage, which captured much of the incident. In the video, after crashing the Chrysler 300, LONDON exited the vehicle through the open sunroof, wearing one white shoe on his left foot, medium-colored pants and a dark hoodie. The video also shows "S. D." and "D.R."—both  wearing all dark colored clothing and dark colored shoes—initially flee together down the sidewalk.  At the same time, LONDON appeared to enter the rear driver side of the vehicle and then the rear passenger side of the vehicle. On the video, LONDON turned, holding what appeared to be a firearm in his hand, and approached the shrubs in front of a house on Devonshire Street. He ducked down and was no longer holding the object in his hand. LONDON fled through back yards, in and out of camera view. At one point LONDON appeared back in camera view,

8

wearing only shorts and socks—no pants, no shoes and no shirt.  LONDON then continued to flee by jumping fences until he ultimately reached a garage structure in the back of a residence on Devonshire Road, Detroit, MI, where he hid inside until he climbed on the roof and was arrested by DPD.

13.    DPD officers went to the location where air surveillance watched LONDON discard the objects near the shrubs in front of the residence on Devonshire Street. There, officers located two firearms, a Romarm/Cugir, Mini Draco, 7.62 caliber pistol and a Romarm/Cugir, Draco, 7.62 caliber pistol. Both recovered firearms utilize 7.62 caliber ammunition, the same caliber as the expended shell casing recovered from the shooting location.

14.    The Chrysler 300 was a stolen vehicle and was towed from the scene to a DPD impound lot. ATF agents went to the impound lot and briefly looked inside of the Chrysler. Inside, ATF Agents observed a 7.62 caliber magazine that appeared to have been damaged in the crash, ammunition and a Glock, model 19, 9mm caliber pistol.  A query of the gun's serial number revealed that the firearm was stolen in January 2025 in Detroit, MI.

15.    I am an ATF Interstate Nexus Expert and concluded that all three of the recovered firearms were manufactured outside the State of Michigan, and all three are firearms as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

9

## III.   CONCLUSION

16.   Probable cause exists to believe that on August 16, 2025, Ryan LONDON knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

_____
Kara Klupacs, Special Agent Bureau of
Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Dated:   August 20, 2025